**United States District Court for the Middle District of Pennsylvania**

**Erin Robertson**                                                      CASE NO. 1:26-CV-00658-JKM

VS.                                                                              **AFFIDAVIT OF SERVICE**

**Stockton Mortgage Corporation**

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **10:15 AM** on **04/10/2026**, I served **Stockton Mortgage Corporation** at **Paracorp Incorporated, 600 North 2nd Street, Harrisburg, PA 17101** in the manner described below:

☐        Subject personally served.

☐        Adult family member with whom said Subject resides.
         Relationship is _____.

☐        Adult in charge of Subject's residence who refused to give name and/or relationship.

☐        Manager/Clerk of place of lodging in which Subject resides.

☐        Agent or person in charge of Subject's office or usual place of business.

☑        **Tina Crisanti,** who is the **Intake Specialist** of said entity.

☐        Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Civil Cover Sheet** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **60** Hair: **White** Height: **5ft 07in** Weight: **160 lbs**

Sworn to and subscribed before me this
14th day of April ,2026.

_____
Notary Public

X_____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **93271**

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2029
Commission number 1248992

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

