# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>STOCKTON MORTGAGE CORPORATION d/b/a QUILLO,<br><br>       Defendant. | Case No.: 1:26-cv-00658-JKM |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Christopher A. Reese, Esquire of the law firm of Stradley Ronon Stevens & Young, LLP, as counsel on behalf of Defendant, Stockton Mortgage Corporation, in the above-captioned matter.

Dated: April 30, 2026

/s/ Christopher A. Reese
Christopher A. Reese, Esquire
Stradley Ronon Steven & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2400
F: (856) 321-2415
E: creese@stradley.com
*Attorneys for Defendant,*
*Stockton Mortgage Corporation*

8580909v.1

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher A. Reese, hereby certify that on April 30, 2026, I caused the foregoing pleading to be filed and served via this Honorable Court's Electronic Filing System.

*/s/ Christopher A. Reese*
Christopher A. Reese
