## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STOCKTON MORTGAGE CORPORATION d/b/a QUILLO,<br><br>Defendant. | Case No.: 1:26-cv-00658-JKM |

## **DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(B)(1)**

Defendant, Stockton Mortgage Corporation d/b/a Quillo ("Stockton"), moves this Court for an Order dismissing Plaintiff's request for injunctive relief in the Amended Complaint for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1). In support of this motion, Stockton incorporates its forthcoming Memorandum of Law.

By:

/s/ Christopher A. Reese

Andrew K. Stutzman
Eric M. Hurwitz
Christopher A. Reese
STRADLEY RONON STEVENS &
YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA  19103
(215) 564-8000 (telephone)

8581697v.1

(215) 564-8120 (facsimile)
creese@stradley.com

*Attorneys for Defendant,*
*Stockton Mortgage Corporation*

Dated: May 15, 2026

8581697v.1

## CERTIFICATE OF NONCONCURRENCE

Counsel for the movant hereby certifies that the undersigned sought concurrence in this motion from Plaintiff's counsel on May 13, 2026 and that such concurrence has been denied.

/s/ Christopher A. Reese
Christopher A. Reese

8581697v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2026, a copy of the foregoing was served on all counsel of record in this matter via the Court's ECF system.

*/s/ Christopher A. Reese*
Christopher A. Reese

8581697v.1