# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff, | Case No.: 1:26-cv-00658-JKM |
| v. | |
| STOCKTON MORTGAGE CORPORATION d/b/a QUILLO, | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S
## MOTION TO DISMISS UNDER RULE 12(B)(1)

**THIS MATTER** having come before the Court upon the Motion of Defendant, Stockton Mortgage Corporation d/b/a Quillo ("Stockton"), for an Order dismissing Plaintiff's request for injunctive relief in the Amended Complaint for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1); and due notice having been given to all counsel of record; and this Court having considered the submissions of the parties in support of and in opposition to Stockton's Motion; and good cause having been shown,

**IT IS THIS** _____ day of _____, 2026 hereby

**ORDERED** that Stockton's Motion to Dismiss Plaintiff's Request for Injunctive Relief is **GRANTED**.

8622113v.1

HON. JULIA K. MUNLEY
UNITED STATES DISTRICT JUDGE

2

8622113v.1