## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ERIN ROBERTSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>STOCKTON MORTGAGE CORPORATION d/b/a QUILLO<br><br>        Defendant. | Case No. 1:26-cv-00658 |

## [PROPOSED ORDER DENYING MOTION TO DISMISS]

AND NOW, this _____ day of _____, 2026, it is

ORDERED that Defendant's Motion to Dismiss is DENIED.

_____
                                    J.

1