**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>STOCKTON MORTGAGE CORPORATION d/b/a QUILLO<br><br>Defendant. | Case No. 1:26-cv-00658 |

**NOTICE OF DISMISSAL**

Plaintiff, by her undersigned counsel, hereby voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this August 22, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong,
Pennsylvania Bar No. 333687
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: August 22, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong,
Pennsylvania Bar No. 333687
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class